# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5456  2. DATE DOCKETED: 12/18/2025
3. CASE NAME (lead parties only) Alstom Transportation, Inc. v. Federal Railroad Administration, et al.
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute ____________
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 24-cv-2098
      Criminal ____________
      Miscellaneous ____________

      Bankruptcy Court Docket No.
      Bankruptcy ____________
      Adversary ____________
      Ancillary ____________

      Tax Court Docket No.
      Tax ____________
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Jia M. Cobb  Magistrate Judge ____________
   d. Date of order(s) appealed (use date docketed): 12/16/2025
   e. Date notice of appeal filed: 12/17/2025
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No If YES, date filed: ____________
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed: ____________
      If YES, identify motion ____________
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ◉ Yes ○ No
      If NO, why not? ____________
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ____________ ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
      ____________
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute "Buy America," 49 U.S.C. § 22905
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates
   ____________

Signature /s/ Vincent Levy  Date 12/19/2025
Name of Party Alstom Transportation, Inc.,
Name of Counsel for Appellant/Petitioner Vincent Levy
Address 425 Lexington Ave, New York, New York 10017
Phone ( 646 ) 837-5120  Fax (    )    -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

## CERTIFICATE OF SERVICE

I, hereby certify that I electronically filed the foregoing Docketing Statement with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on December 19, 2025, and paper copies will be sent to those parties who will not receive an electronic notification of filing on this 19th day of December, 2025.

*/s/ Vincent Levy*