**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALSTOM TRANSPORTATION INC.,<br>*Plaintiff-Appellant*,<br>-against-<br>FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, solely in his Official Capacity as Administrator of the Federal Railroad Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, solely in his Official Capacity as Secretary of Transportation,<br>*Defendants-Appellees,*<br>and<br>SIEMENS MOBILITY, INC. AND DESERTXPRESS ENTERPRISES, LLC d/b/a BRIGHTLINE WEST,<br>*Intervenors-Appellees.* | No. 25-5456 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to Federal Rule of Appellate Procedure 28(a)(1), Rule 28(a)(1) of the Local Rules of this Court, and the Order of the Court issued on December 18, 2025, Appellant Alstom Transportation Inc. ("Alstom") hereby submits the following Certificate as to Parties, Rulings, and Related Cases:

1. Parties and Amici

    a. Plaintiff-Appellant is Alstom.

    b. Defendants-Appellees are:

        i. The Federal Railroad Administration ("FRA");

        ii. David Fink, in his capacity as FRA Administrator;

        iii. The United States Department of Transportation; and

iv. Sean Duffy, in his capacity as Secretary of Transportation.[1]

c. Intervenors-Appellees are:

i. Siemens Mobility, Inc. and

ii. DesertXpress Enterprises, LLC d/b/a Brightline West

2. Rulings Under Review

The Rulings under review include (1) the Memorandum Opinion of the United Sates District Court for the District of Columbia, Dist. Ct. Dkt. 77, issued December 16, 2025; and (2) the Order of the United States District Court for the District of Columbia granting the motions to dismiss for lack of subject matter jurisdiction and denying as moot all other pending motions, Dist. Ct. Dkt. 78, issued December 16, 2025.

3. Related Cases

This case has not previously been before this Court or any other court. Appellant is not aware of any "other related cases" as defined by Local Rule 28(a)(1) of the Local Rules of this Court.

[1] At the time the complaint was filed, Amit Bose served as FRA Administrator and Pete Buttigieg served as Secretary of Transportation. *See* Fed. R. App. P. 43(c) (providing for automatic substitution of an officer's successor when a public officer sued in his official capacity ceases to hold office while an action is pending).

Dated: December 19, 2025

Respectfully submitted,

*/s/ Vincent Levy*
Vincent Levy (60616)
Jack Millman (NY0588)
Jessica Marder-Spiro (NY0589)
Daniel Fahrenthold (66139)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Ave
New York, New York
T: 646-837-5120
E: vlevy@hsgllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on December 19, 2025, and paper copies will be sent to those parties who will not receive an electronic notification of filing on this 19th day of December, 2025.

*/s/ Vincent Levy*