**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALSTOM TRANSPORTATION INC.,<br><br>*Plaintiff-Appellant*,<br><br>-against-<br><br>FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, solely in his Official Capacity as Administrator of the Federal Railroad Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, solely in his Official Capacity as Secretary of Transportation,<br><br>*Defendants-Appellees,*<br><br>and<br><br>SIEMENS MOBILITY, INC. AND DESERTXPRESS ENTERPRISES, LLC d/b/a BRIGHTLINE WEST,<br><br>*Intervenors-Appellees.* | No. 25-5456 |

**STATEMENT OF THE ISSUE TO BE RAISED**

Pursuant to the Court's Order of December 18, 2025, Appellant Alstom Transportation Inc. ("Alstom") hereby submits the following Statement of the Issue to Be Raised in this appeal:

1. Did the district court err in denying Alstom's motions for summary judgment and a preliminary injunction and dismissing the case on the grounds that Alstom lacked standing to challenge the Federal Railroad Administration's decision to grant a "Buy America" waiver to Siemens Mobility, Inc.?

Dated: December 19, 2025

Respectfully submitted,

/s/ Vincent Levy
Vincent Levy (60616)
Jack Millman (NY0588)
Jessica Marder-Spiro (NY0589)
Daniel Fahrenthold (66139)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Ave
New York, New York
T: 646-837-5120
E: vlevy@hsgllp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, hereby certify that I electronically filed the foregoing Statement of the Issue to Be Raised with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on December 19, 2025, and paper copies will be sent to those parties who will not receive an electronic notification of filing on this 19th day of December, 2025.

*/s/ Vincent Levy*