**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALSTOM TRANSPORTATION INC.,<br>*Plaintiff-Appellant*,<br>-against-<br>FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, solely in his Official Capacity as Administrator of the Federal Railroad Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, solely in his Official Capacity as Secretary of Transportation,<br>*Defendants-Appellees,*<br>and<br>SIEMENS MOBILITY, INC. AND DESERTXPRESS ENTERPRISES, LLC d/b/a BRIGHTLINE WEST,<br>*Intervenors-Appellees.* | No. 25-5456 |

**UNDERLYING DECISION**

Appellant Alstom Transportation Inc. ("Alstom") attaches the underlying district court decision and order from which this appeal arises.

Dated: December 19, 2025

Respectfully submitted,


/s/ Vincent Levy
Vincent Levy (60616)
Jack Millman (NY0588)
Jessica Marder-Spiro (NY0589)
Daniel Fahrenthold (66139)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Ave
New York, New York
T: 646-837-5120
E: vlevy@hsgllp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, hereby certify that I electronically filed the foregoing Underlying Decision notice with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on December 19, 2025, and paper copies will be sent to those parties who will not receive an electronic notification of filing on this 19th day of December, 2025.

*/s/ Vincent Levy*