# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALSTOM TRANSPORTATION INC., <br><br> *Plaintiff-Appellant*, <br><br> -against- <br><br> FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, solely in his Official Capacity as Administrator of the Federal Railroad Administration; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, solely in his Official Capacity as Secretary of Transportation, <br><br> *Defendants-Appellees,* <br><br> and <br><br> SIEMENS MOBILITY, INC. AND DESERTXPRESS ENTERPRISES, LLC d/b/a BRIGHTLINE WEST, <br><br> *Intervenors-Appellees.* | No. 25-5456 |

## STATEMENT OF INTENT TO <br> <u>UTILIZE DEFERRED JOINT APPENDIX</u>

Pursuant to the Court's Order of December 18, 2025, Rule 30(c) of the Federal Rules of Appellate Procedure, and Circuit Rule 30(c), Appellant Alstom Transportation Inc. hereby states its intention to utilize a deferred joint appendix.

Dated: December 19, 2025		Respectfully submitted,

		*/s/ Vincent Levy*
		Vincent Levy (60616)
		Jack Millman (NY0588)
		Jessica Marder-Spiro (NY0589)
		Daniel Fahrenthold (66139)
		HOLWELL SHUSTER & GOLDBERG LLP
		425 Lexington Ave
		New York, New York
		T: 646-837-5120
		E: vlevy@hsgllp.com

		*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, hereby certify that I electronically filed the foregoing Statement of Intent to Utilize Deferred Joint Appendix with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on December 19, 2025, and paper copies will be sent to those parties who will not receive an electronic notification of filing on this 19th day of December, 2025.

*/s/ Vincent Levy*